# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| BRIAN MUNIZ, | * |
| PLAINTIFF, | * |
| v. | * |
| | * Case No. 3:24-cv-50229 |
| GPM MIDWEST, LLC, | * |
| | * Hon. Rebecca R. Pallmeyer |
| DEFENDANT. | * |

## STIPULATION OF DISMISSAL

The parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed **with prejudice** as to all claims, causes of action, and parties, with each party bearing their own costs.

Dated this 22nd day of January, 2025:

Respectfully submitted,

/s/ Ryan D. Johnson
Johnson Law Firm, LLC
6615 Grand Ave., PMB 423
Gurnee, IL 60031
(224) 548-0855
rjohnsonada@gmail.com
*Attorney for Plaintiff*

/s/ Erica J. Bury
Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
(312) 803-2520
Erica.Bury@jacksonlewis.com
*Attorney for Defendant*