# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Western Division

Brian Muniz
                Plaintiff,

v.                                             Case No.: 3:24−cv−50229
                                                  Honorable Rebecca R. Pallmeyer

GPM Midwest LLC
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 23, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Stipulation of Dismissal [19] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice. Each party to bear their own costs. Status hearing set for 1/23/2025 is stricken. Civil case terminated. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.